

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
D-J CONSTRUCTION CO. INC.

                                                Docket No. <u>7:25-cv-4218</u>

                          Plaintiff,

           -against-                    **COMPLAINT**

ECONOCRAFT    WORLDWIDE    CAR    WASH
ELECTRIC               LLC               d/b/a
ECONOCRAFT CAR WASH EQUIPMENT INC.,

                                Defendant.
----------------------------------------------------------------X

       Plaintiff D-J CONSTRUCTION CO. INC. ("D-J Construction" or "Plaintiff"), through its attorneys Sokoloff Stern LLP, for its complaint against Defendant ECONOCRAFT WORLDWIDE CAR WASH ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH EQUIPMENT INC. ("Econocraft" or "Defendant"), alleges the following:

**JURISDICTION AND VENUE**

       1.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as Plaintiff is a foreign business corporation having its principal place of business in the state of Indiana and, upon information and belief, Defendant is a domestic limited liability company having its principal place of business in the state of New York, and the amount in controversy exceeds $75,000.

       2.     The Southern District of New York is the proper venue as, upon information and belief, Defendant has its principal place of business in the County of Westchester.

1

## PARTIES

3.     Plaintiff D-J Construction at all relevant times was, and still is, a foreign business corporation in good standing in the State of Indianna, with its principal place of business at 3414 Elkhart Rd., Goshen, IN 46526.

4.     Upon information and belief, defendant Econocraft is a domestic limited liability company formed pursuant to the laws of the State of New York with its principal place of business at 56 Worth Street, Yonkers, NY 10701.

## FACTUAL ALLEGATIONS

5.     Plaintiff D-J Construction, located in Goshen, Indiana and Kalamazoo, Michigan, is a construction company that provides construction management, pre-construction, general contracting, building maintenance, and project development services.

6.     In or about September 2023, Plaintiff contracted with Grand Design RV to construct a Rain Bay, a piece of car wash equipment used to spray water onto vehicles (the "Rain Bay Project").

7.     Plaintiff sought to buy several pre-assembled pieces from Defendant Econocraft for the Rain Bay Project.

8.     On December 1, 2023, Cullen Stanger ("Stanger"), a project manager at D-J Construction, signed Purchase Order 230071-Econo in the amount of $184,260.00 ("Purchase Order") (annexed to the Complaint as Exhibit 1).

9.     Per the Purchase Order, Plaintiff purchased the following items at the following prices:

   a.   Undercarriage at $2,200;

   b.   Nine Main Bay arches at $75,600;

   c.   Pumps at $45,700;

2

     d.   Blower Arch at $26,500; and

     e.   Motor Control Center at $34,260.

10.     Econocraft President Shlomo Malki ("Malki") countersigned the Purchase Order on December 14, 2023.

11.     Defendant required Plaintiff to make a 50% payment of the Purchase Order price.

12.     On December 14, 2023, Plaintiff made a payment of $92,130.00 via check, which represented 50% of the total amount due under the Purchase Order.

13.     Defendant cashed the check, and the 50% payment was cleared by Plaintiff's bank on or about December 18, 2023.

14.     On or about February 16, 2024, Plaintiff paid the remaining balance of $92,130.00 for the Purchase Order via check as Defendant required payment in full before shipping the equipment.

15.     The second payment cleared Plaintiff's bank on or about February 27, 2024.

16.     In or about May 2024, Defendant informed Plaintiff it was delayed in delivering several of the pieces Plaintiff purchased as per the Purchase Order.

17.     Stanger periodically informed Malki as to what parts Plaintiff had not received and requested Malki provide updates on the delivery date for undelivered parts.

18.     In or about June 2024, Stanger advised Malki that Plaintiff still had not received parts ordered and paid for, and that Plaintiff may need to source those parts from another supplier to timely complete the Rain Bay Project.

19.     On June 3, 2024, Stanger advised Malki via email that Plaintiff could not continue to delay the Rain Bay Project due to Defendant's delays in delivering equipment, and cancelled the purchase of remaining material from Defendant, except for the four (4) Blowers and one (1) Blower Arch.

20.     Stanger further advised Malki that Plaintiff expected a refund for $34,260 for the Motor Control Center plus undercarriage activation eye and start/stop button that Defendant never delivered.

21.     On June 10, 2024, Stanger emailed Malki asking him to confirm cancellation of, and refund for, the remaining items.

22.     In or about July 2024, Stanger informed Malki that Plaintiff still had not received the Blower Arch and Blowers.

23.     On July 11, 2024, Stanger requested Malki provide an update on the Blower Arch and Blowers, and asked Malki to confirm a refund check would be issued.

24.     On or about July 31, 2024, Plaintiff received a letter from Defendant dated July 31, 2024 stating the Blower Arch (dryers) would be ready for delivery in three weeks. This letter dated July 31, 2024 is attached as Exhibit 2.

25.     The July 31, 2024 letter also stated that Plaintiff would receive a credit for the Motor Control Center for which Plaintiff paid $34,260 per the final proposal.

26.     In September 2024, Defendant had still not delivered the Blower Arch, for which Plaintiff paid $26,500 per the Purchase Order.

27.     Because Defendant failed to timely deliver the Blower Arch, Plaintiff was required to source parts and materials and expend labor to timely complete the Rain Bay Project from another source, specifically:

   a. $28,561 for 10 HP Premier Dreyer Producers from Washworld Carwash Systems; and

   b. $14,976 for a blower arch from Dynamic Mechanical Services, Inc.

28.     In September 2024, Defendant had still not delivered the Motor Control Center, for which Plaintiff paid $34,260 per the Purchase Order.

4

29.     Because Defendant failed to deliver the Motor Control Center per the Purchase Order, Plaintiff had to source parts and materials and expend labor to timely complete the Rain Bay Project from another source, specifically:

      a.   $49,986.00 to build, program, and install a custom control panel to operate the rain bay, including (4) 15hp VFD's and wiring from L&M Electric, Inc.; and

      b.   $17,426.00 to install three additional blower VFD's and wiring.

30.     Plaintiff incurred these additional costs due to Defendant's failure to deliver the pre-assembled Blower Arch and Motor Control Center, increasing the cost of the Rain Bay Project for Grand Design by $50,189.

31.     Because Plaintiff incurred extra costs due to Defendant's failure to deliver parts under the Purchase Order, the cost of the Rain Bay Project for Grand Design significantly increased.

32.     Grand Design is a valuable client, and failing to complete the Rain Bay Project would have had significant negative consequences for Plaintiff's future business relationship with Grand Design.

33.     As of December 2024, Defendant still had not delivered the Blower Arch, for which Plaintiff paid $26,500, or the Motor Control Center, for which Plaintiff paid $34,260. (Ex. 1.)

34.     As of December 2024, Defendant still had not issued a credit or refund to Plaintiff for the Blower Arch or Motor Control Center it failed to deliver to Plaintiff.

35.     On or about December 9, 2024, the law office of Yoder, Ainlay, Ulmer & Buckingham, LLP sent a letter to Defendant on behalf of Plaintiff demanding a refund for the Blower Arch and Motor Control Center Defendant failed to deliver.

36.     Defendant did not respond.

37.     At this time, Plaintiff has still not received the outstanding parts owed under the Purchase Order or any refund paid for such parts, totaling $60,760.

38.     At this time, Plaintiff incurred a total of $110,949 to complete the Rain Bay Project due to Defendant's failure to deliver the Blower Arch and the Motor Control Center.

## AS AND FOR A FIRST CAUSE OF ACTION

## BREACH OF CONTACT

39.     Plaintiff incorporates paragraphs "1" through "38" as if fully set forth herein.

40.     In December 2023, Plaintiff and Defendant executed the Purchase Order and so entered into a valid binding contract for the sale of parts and equipment.

41.     Plaintiff performed under the contract by paying the full amount of the Purchase Order to Defendant by February 16, 2024.

42.     To date, Defendant has not delivered the Blower Arch or the Motor Control Center for which Plaintiff paid $60,760.

43.     To date, Defendant has not refunded Plaintiff for the Blower Arch or the Motor Control Center.

44.     Plaintiff was deprived of the benefit of its bargain by Defendant's failure to deliver the parts owed to it under the Purchase Order or provide a refund for the total amount paid.

45.     Plaintiff was further injured by Defendant's failure to deliver the parts as it was forced to incur $50,189 in extra costs to source materials and labor from other sources to timely complete the Rain Bay Project.

46.     Defendant's failure to deliver the parts or reimburse Plaintiff for them constitutes a breach of contract in the total amount of $110,949.

6

**AS AND FOR A SECOND CAUSE OF ACTION**

**UNJUST ENRICHMENT**

47.     Plaintiff incorporates paragraphs "1" through "46" as if set forth herein.

48.     Plaintiff paid to Defendant the full amount of $184,260.00 due under the Purchase Order, $60,760 of which was for the Motor Control Center and Blower Arch.

49.     Defendant failed to deliver the Motor Control Center and Blower Arch.

50.     Defendant did not issue Plaintiff a refund for the Motor Control Center or the Blower Arch it failed to deliver. Accordingly. Defendant was unfairly enriched to Plaintiff's detriment.

51.     Further, Plaintiff incurred extra costs due to Defendant's failure to provide the Blower Arch or Motor Control Center because it was forced to source materials and labor for these parts from other sources at a higher cost.

52.     Given the circumstances, principles of equity, and good conscience, it would be unfair to Plaintiff to allow Defendant to retain money Plaintiff paid for equipment never received. Defendant, therefore, must refund $60,760 to Plaintiff for the parts it did not receive pursuant to the Purchase Order and the extra expenses it incurred to complete the Grand Design Rain Bay Project.

**AS AND FOR A THIRD CAUSE OF ACTION**

**CONVERSION**

53.     Plaintiff incorporates paragraphs "1" through "53" as if fully set forth herein.

54.     By February 16, 2024, Plaintiff paid the full amount owed on the Purchase Order to Defendant.

55.     By paying the full amount owed on the Purchase Order, Plaintiff paid $26,500 for the Blower Arch and $34,260 for the Motor Control center on the Purchase Order, neither of which it received.

56.     As such, Plaintiff paid a total of $60,760 to Defendant for parts it did not receive.

57.     Plaintiff has not received a refund for either the Blower Arch or the Motor Control Center.

58.     Plaintiff requested multiple times that Defendant issue a refund for the undelivered equipment.

59.     To date, Defendant has not remitted payment to Plaintiff for the parts it failed to deliver.

60.     As such, Defendant assumed control over money Plaintiff had a right to control and/or possess, and thereby interfered with its property in a manner that infringed upon its rights.

**AS AND FOR A FOURTH CAUSE OF ACTION**

**MONEY HAD AND RECEIVED**

61.     Plaintiff incorporates paragraphs "1" through "61" as if fully set forth herein.

62.     Plaintiff paid the total amount of $184,260 due on the Purchase Order.

63.     Defendant failed to deliver the Blower Arch and Motor Control Center promised to Plaintiff under the Purchase Order, for which Plaintiff paid $60,760.

64.     As such, Defendant had received and retained money that rightfully belongs to Plaintiff.

65.     Defendant benefitted from receipt of Plaintiff's money as it received money without providing the equipment to Plaintiff.

66.     Principles of equity and good conscience dictate that Defendant should return Plaintiff's money to Plaintiff.

8

**JURY TRIAL DEMANDED**

67.     Plaintiff demands a trial by jury.

**WHEREFORE**, Plaintiff demands the following relief against Defendant:

               a.     Compensatory damages in the amount of $60,760 for the Blower Arch and Motor Control Center Defendant failed to deliver pursuant to the Purchase Order;

               b.     Compensatory damages in the amount of $50,189 for the extra costs Plaintiff incurred to complete the Rain Bay Project due to Defendant's failure to deliver the Blower Arch and Motor Control Center; and

               c.     Such other and further relief as this court may deem appropriate, equitable, just, and proper.

Dated:  Carle Place, New York
       May 28, 2025

                                 SOKOLOFF STERN LLP
                                 *Attorneys for Plaintiffs*

                                 Mark A. Radi
                                 Blair J. Hendricks
                                 179 Westbury Avenue
                                 Carle Place, New York 11514
                                 (516) 334-4500
                                 File No. 250035LI

# EXHIBIT 1



# DJ CONSTRUCTION
decidedly different

# Purchase Order
# 230071-Econo

Project: 23-0-171 - Grand Design-Plt 15 rain bay
11623 County Road 2
Middlebury, Indiana 46540

## Car Wash Equip

| DATE CREATED: | 12/01/2023 | | |
|---|---|---|---|
| CONTRACT COMPANY: | Econocraft Car Wash Equip<br>56 Worth St.<br>Yonkers, New York 10701<br>Phone: (917)870-2669 | CREATED BY: | Kellie Caywood (DJ Construction Co., Inc.) |
| STATUS: | Approved | EXECUTED: | No |
| PAYMENT TERMS: | | ASSIGNEE: | No Assignee |
| TAX EXEMPT: | No | | |
| DEFAULT RETAINAGE: | 0.0% | | |

**DESCRIPTION:**
Per attached quote received on 11/27/23, and the attached schematic dated 9/25/23

**ADDITIONAL INFORMATION:**
Approval of shop drawings or submittals must be obtained prior to ordering materials.
A Pay Application is required with all invoices.

**ATTACHMENTS:**
Econocraft - FOR PO.pdf

| # | COST CODE | DESCRIPTION | TYPE | QTY | UNITS | UNIT COST | SUBTOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 11-019 - Equipment Cost | Car Wash Equip | Material | 1.0 | ls | $184,260.00 | $ 184,260.00 |
| | | | | | | Grand Total: | $ 184,260.00 |

Econocraft Car Wash Equip
56 Worth St.
Yonkers, New York 10701

Cullen Stanger
**SIGNATURE**

12/01/2023
**DATE**

Shlomo Malls
**SIGNATURE**

12/14/2023
**DATE**

Printed On: 12/13/2023  03:38 PM



**Econocraft Proposal – Rain Bay – Grand Design**

## Undercarriage (Zone D)-

**Total - $2,200**

*Comments:*

- *1 ½" Stainless Steel Undercarriage*
- *Activated by Photo Eye*
- *Start/Stop Button*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Main Bay (Zone A-C) Arches -

- 9 Arches (3 for Each Zone) - $8,400 Per Arch
  - 3"x 3" Double Leg Arch
  - 16' H x 18' W
  - Stainless Steel
  - 2" Grey PVC Schedule 80 - (160 PSI Max)
  - 3/8" Thread in middle
  - 19 nozzles (6 on each side/ 7 on top)

**Total - $75,600**

*Comments:*

- *3" X 3" Double Leg Arch is necessary with Grand Designs request for 10 HP Pumps*
- *Price increase related to reinforcement needed for piping when using larger pumps*
- *Best if Pumps in equipment room are located in accordance with the location of the Arches*
- *Material between Pump and Arch not included*
- *Material Between Suction line and pit not included*
- *45' distance between first and last arch to be spaced by installer*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



## Pumps -

- 1 x 5 HP Goulds Pump (100GPM) - $5,500 Per Pump
- 6 x 10 HP Goulds Pump (160GPM) - $6,700 Per Pump
- 220/240V or 440/480V 3-phase required for all pump Motors

**Total - $45,700**

*Comments:*

- *6 x10 HP Gould pumps needed for each Zone A-C.*
- *1 x 5 HP Gould pump needed for undercarriage (Zone D)*
- *10 HP Pump will produce 160 GPM at 80 PSI*
- *5 HP Pump will produce 100 GPM at 60 PSI*
- *All 6 10 HP pumps on together will produce 960 GPM. We recommend the holding tank have a 3000 Gallon Capacity.*
- *Holding Tank needs to have a high/low switch from well to relay when water is needed in the holding tank.*
- *Each pump will need an individual suction line from the holding tank.*

*Questions:*

- *Which Arch will be R/O or Spot Free? There will need to be storage tanks in the equipment room for R/O.*
- *We recommend purchasing the R/O or Spot free pump and tanks locally. 5 HP should be sufficient.*
- *Econocraft recommends using sand filter in well*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



## Blower Arch -

- 4 x 15 HP drying units with Stainless Steel Arch
  - 15'H x 18'W
  - 220/240V or 440/480V 3-phase required for motors

Comments -

- The Blower motors are flexible and can be mounted on the arch in different locations.
- Econocraft recommends using drying agent on last arch in Zone C for easier drying (recommend Matt J for this)
- If drying the sides of the Vehicle is important, we recommend a set up with 3 x 15 HP Blowers on top and 2x 15 HP Blowers on each side. ($31,500 Estimated Price + 15 hp VFD ($1,300)

### Total – $26,500

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Motor Control Center (MCC) -

- MCC Cabinet - $14,900
- 6 x 10 HP VFD (pumps) - $ 7,680 ($1,280 each)
- 1 x 5 HP VFD (undercarriage) - $880
- 4 x 15 HP VFP For Blowers - $5,200 ($1,300 each)
- 1 x Set of Activation Eyes (Undercarriage) With Start/Stop Button - $1,800
- 3 remotes - $3,800

*Comments:*

- 220/240V or 440/480 V 3-phase with Neutral required for all VFD/Starters
- *Need to confirm Voltage*
- *Bigger MCC cabinet and fan needed than Originally Quoted*
- *Air conditioning is recommended for MCC*
- *MCC will need breaker switch (Not included)*
- *Econocraft needs 5 - 110V Single pole Circuits with Neutral*

### Total - $34,260



## Summary of Estimate

- Undercarriage - $2,200
- Main Bay Arches - **$75,6**00
- Pumps for Arches – $45,700
- Blower Arch - $26,500
- MCC - $34,260

## Total - $184,260

*Shipping and Crating are not included in this price*



# EXHIBIT 2



7/31/24

Cullen Stanger,


This letter is regarding the delivery of the dryer system and arch to Grand Design at 11333 Co Rd 2, Middlebury, IN 46540. After speaking with the vendor supplying the drying system they have informed us that they will be ready to deliver the dryers in 3 weeks time. At that time Econocraft will also send the stainless steel dryer frame. Once the drying system is delivered to Grand Design, Econocraft will provide the credit owed for the MCC which Grand Design did not receive.

Thank you

Shlomo Malki

Econocraft Car Wash Equipment
56 Worth Street
Yonkers, NY 10701
Office: 914-966-2280