# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

D-J CONSTRUCTION CO. INC.

                    Plaintiff(s),

                    - against -

ECONOCRAFT WORLDWIDE CAR WASH ELECTRIC LLC
d/b/a ECONOCRAFT CAR WASH EQUIPMENT INC.

                    Defendant(s),

------------------------------------------------------------X

    25 Civ. 4218 (CS)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 20, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) ECONOCRAFT WORLDWIDE CAR WASH ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH EQUIPMENT INC. by personally serving Tammy Alexander, Business Document Specialist, and proof of service was therefore filed on June 4, 2025, Doc. #(s) 12.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      July 1, 20 25

                                    TAMMI M. HELLWIG
                                    Clerk of Court

                                By: _____
                                    Deputy Clerk