

EXHIBIT 4

# Cullen Stanger

| | |
|---|---|
| **From:** | cory@lmelectric.net |
| **Sent:** | Monday, December 23, 2024 2:25 PM |
| **To:** | Cullen Stanger |
| **Cc:** | 'Nanci Yoder' |
| **Subject:** | FW: Grand design |

Cullen,
I went through all of the material and labor for the Rain Bay and below is what I came up with for the control panel and original (4) blowers. It's not exact, but it should be in the ball park.

Value for building, programming and installing custom control panel to operate the Rain Bay
    Including (4) 15hp VFD's and wiring…………$49,986

Thank you,
Cory Fowler, President



2702 Elkhart Road
Goshen, IN 46526
574-533-4633
fax 574-534-8323
e-mail: cory@lmelectric.net

**From:** cory@lmelectric.net <cory@lmelectric.net>
**Sent:** Thursday, October 17, 2024 3:03 PM
**To:** 'Cullen Stanger' <cstanger@djconstruction.com>
**Subject:** RE: Grand design

Cullen,
Please see below.

Original budget…….$125,850
Total Rain Bay cost (Includes additional blower VFD cost (x3) and blower wiring (x7)…….$ 149,634
Progress payment #1……..<$ 56,630> Paid 05/15/2024
Progress payment #2……..<$ 54,885> Paid 07/12/2024
Progress payment #3……..$ 41,440 (Not invoiced yet)

Value for installing (3) additional blower VFD's and wiring……..$ 17,426

I'm still working on the guard shack quote, but hoping to have that to you tomorrow. Next Thursday at 8am will work for the final training.

Thank you,
Cory Fowler, President



2702 Elkhart Road
Goshen, IN 46526
574-533-4633
fax 574-534-8323
e-mail: cory@lmelectric.net

**From:** Cullen Stanger <cstanger@djconstruction.com>
**Sent:** Thursday, October 17, 2024 8:34 AM
**To:** Cory Fowler <cory@lmelectric.net>
**Subject:** Grand design
**Importance:** High

Cory,

Following upon the following.......

- Guard shack quote
- Total rain bay cost to date
- Additional VFD cost

I told Grand Design to tentatively plant on training Thursday of next week at 8:00 am.  I would like to keep this date if at all possible.  Please confirm.

Can I get these items today?

### Cullen Stanger | DJ Construction
**Project Manager**

**A** 3414 Elkhart Road, Goshen, IN 46526
**A** 4798 Campus Drive, Suite 120, Kalamazoo, MI 49008
**P** 574-533-1645 **P** 269-557-1645 **M** 574-364-0043
**E** cstanger@djconstruction.com **W** www.djconstruction.com

  

CONFIDENTIALITY NOTICE:  This e-mail and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

3