

EXHIBIT 6



Dynamic Mechanical Services, Inc
1606 Chestnut Street
Mishawaka, IN  46545
Phone: 574-257-0123
Fax: 574-257-0126

July 18, 2025

DJ Construction Company, Inc.
3414 Elkhart Rd.
Goshen, IN 46527

Dear Cullen:

Dynamic Mechanical Service, Inc is pleased to provide the following budget proposal for Grand Desing Rain Bay exhaust blower arch and installation.

We plan to furnish labor and materials to complete the following:

- Provide and install (1) blower arch made from 6"x6"x1/4" 304 SS, per the dimensions provided by Cullen
- Each vertical post will have a 12"x12"x1/2" mounting plate.  Hard rubber installed in between floor and mounting plates.
- All joints fully welded.
- Furnish any necessary bracing that would be required
- Provide labor to install (7) blowers provided by others.
- The direction of the blowers dialed in / Adjusted by others.

TOTAL PRICE…………..$14,976.00

**Clarifications:**
Will need a good 240V 1 Ph. power supply within 50 feet
This work will be preformed time and material as we have been doing for the project.

**Not Included in our Proposal:**
Furnishing of exhaust fans, electric of any kind to include controls and sensors

This quote has been figured using straight time hours, Monday thru Friday, 7AM to 4PM.

Thank you for the opportunity to quote your work.  If you have any questions or comments concerning this quote, please feel free to contact me at your convenience.

Sincerely,


Mike Bacsa
CEO

Your  Single  Source  Provider  For  ALL  Of  Your  Mechanical  Needs

ACCEPTANCE OF PROPOSAL

The above price, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made net 30 days. Sign, date and return one copy to us as acceptance.

DATE: _____   SIGNATURE:_____