UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D-J CONSTRUCTION CO. INC.,

                Plaintiff,

-against-

ECONOCRAFT WORLDWIDE CAR WASH
ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH
EQUIPMENT INC.,

                Defendant.
-------------------------------------------------------------------X

**AFFIDAVIT OF CULLEN STANGER**

25-cv-4218 (CS)

STATE OF INDIANA    )
                            ) ss:
COUNTY OF ELKHART  )

        CULLEN STANGER, being duly sworn, deposes and states the following under penalty of perjury:

        1.    I am a project manager at D-J Construction Co. Inc. ("D-Construction"), who is the plaintiff in this lawsuit. I submit this Affidavit based upon my personal knowledge of the events described below.

        2.    In or about September 2023, Grand Design contracted with D-J Construction for D-J Construction to build a Rain Bay for Grand Design, which is used to test RV units for leaks. I will refer to this as "the Rain Bay Project."

        3.    Grand Design is a desirable client for D-J Construction.

        4.    On December 1, 2023, I signed Purchase Order 230071-Econo ("the Purchase Order") to buy the parts needed to complete the Rain Bay Project for Grand Design. A copy of the Purchase Order is attached to the Complaint as Exhibit 1.

        5.    The total amount due on the Purchase Order was $184,260.00.

1

6. Per the Purchase Order, D-J Construction purchased the following items from Econocraft Worldwide Car Wash Electric LLC d/b/a Econocraft Car Wash Equipment, Inc. ("Econocraft"):

    a. An undercarriage for $2,200;

    b. Nine Main Bay arches for $75,600;

    c. Pumps for $45,700;

    d. A Blower Arch for $26,500; and

    e. A Motor Control Center for $34,260.

7. Shlomo Malki at Econocraft was my point of contact for the Purchase Order.

8. I was told we would receive the parts we purchased under the Purchase Order within 8 weeks after we paid a 50 percent deposit.

9. On December 14, 2023, D-J Construction sent a check to Econocraft for $92,130.00, which was 50 percent of the total for the Purchase Order. Econocraft cashed this check and the payment was cleared by D-J Construction's bank on December 18, 2023.

10. I expected the parts to be delivered on or about February 12, 2024. D-J Construction paid the remaining balance of the Purchase Order on February 16, 2024, and the payment was cleared by D-J Construction's bank on February 27, 2024.

11. Parts were not delivered in the promised timeframe. I periodically sent text messages to Malki asking when parts would be delivered.

12. I frequently texted Malki asking for updates on when missing pieces of equipment would be delivered. In June 2024, I started asking about credits for parts Econocraft failed to deliver.

13. On June 3, 2024, I emailed Malki that D-J Construction could not continue waiting

for these parts and that D-J Construction expected a refund. I followed up on June 10, 2024 and emailed Malki asking him to confirm the refund and cancellation of the undelivered parts.

14. On July 31, 2024, I received a letter from Econocraft to D-J Construction advising that the Blower Arch would be ready for delivery in three weeks, and that D-J Construction would receive a credit for the Motor Control Center it never received.

15. D-J Construction never received the Blower Arch or the Motor Control Center from Econocraft nor a refund or credit for these parts.

16. Because D-J Construction never received the Blower Arch or the Motor Control Center, it had to go elsewhere for parts and labor to install them to complete the Rain Bay Project for its client.

17. Without the Blower Arch or Motor Control Center from Econocraft, D-J Construction needed to source parts and labor from other suppliers to complete the Rain Bay Project:

   a. Materials and labor for building, programming, and installing a custom control panel to operate the Rain Bay from L&M Electric, Inc., which cost a total of $49,986. An email from me to Cory Fowler at L&M Electric summarizing this expense is attached to the Declaration of Blair Hendricks as Exhibit 4.

   b. Labor for installing three additional blower VFDs and wiring from L&M Electric, Inc., which cost a total of $17,426. The email from me to Mr. Fowler at L&M Electric attached as Exhibit 4 also reflects this expense. (Ex. 4.)

   c. 10 HP Premier Dryer Producer from Washworld Carwash Systems, which cost $28,561. The estimate for this purchase is attached to the Declaration of Blair Hendricks as Exhibit 5.

    d.  Materials and labor to complete and install an exhaust blower arch from Dynamic Mechanical Services, which cost $14,976. A letter from the Dynamic Mechanical Services CEO Mike Bacsa to me reflecting this purchase is attached to the Declaration of Blair Hendricks as Exhibit 6.

18.    As such, it cost D-J Construction an extra $110,949 to complete the Rain Bay Project due to Econocraft's failure to deliver the parts it promised.

_____
CULLEN STANGER

Sworn to this 20th day of August 2025

_____
Notary Public

Michael E Steinau
Notary Public, State of Indiana
Elkhart County
Commission Number NP0670979
My Commission Expires
July 30, 2031

4