# EXHIBIT 5

# ESTIMATE
**Washworld Carwash Systems**
171 E Martin St
Orleans, IN 47452

washworld.jms@hotmail.com



**Bill to**
DJ Construction
Cullen Stanger

**Ship to**
DJ Construction
Cullen Stanger

---

**Estimate details**
Estimate no.: 7480
Estimate date: 10/03/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | 10/03/2024 | **EQUIPMENT SALES** | 10 HP Premier Dryer Producer | 7 | $3,730.00 | $26,110.00 |
| 2. |  |  | ***Freight Not Included, to be added at time of shipment.*** | 1 | $2,451.00 | $2,451.00 |
|  |  |  | **Total** |  |  | ~~$26,110.00~~  $28,561.00 |

Accepted date                              Accepted by

**Payment Terms:  25% down, remaining due upon pickup**