UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D-J CONSTRUCTION CO. INC.,                                                  Docket No. 25-cv-4218
                                                                                                         (CS)
                                 Plaintiff,

                -against-                                                **ORDER GRANTING**
                                                                                      **DEFAULT JUDGMENT**
ECONOCRAFT WORLDWIDE CAR WASH            **AGAINST DEFENDANT**
ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH
EQUIPMENT INC.,

                                 Defendant.
------------------------------------------------------------------X

       Before the Court is Plaintiff's motion pursuant to Fed. R. Civ. P. 55 granting default judgment to Plaintiff for Defendant's failure to respond to the complaint.

       The Court has reviewed the motion and all papers annexed thereto and **GRANTS** Plaintiff's motion for default judgment in its entirety and grants the relief requested in the motion.

       Accordingly, it is hereby **ORDERED** that:

a. Defendant ECONOCRAFT WORLDWIDE CAR WASH ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH EQUIPMENT INC. ("Defendant") are declared to have breached its contract with Plaintiff D-J CONSTRUCTION CO. INC. ("Plaintiff"), have been unjustly enriched, are liable for conversion of funds Plaintiff paid for parts that were never delivered, and for money had and received for wrongfully retaining money that rightfully belonged to Plaintiff.

b. Defendant is ordered to pay Plaintiff $110,949 for the damages it caused to Plaintiff by failing to deliver the parts for which Plaintiff contracted.

    c.   Plaintiff is granted pre-judgment and post-judgment interest on the damages caused to it from Defendant's violation of Plaintiff's rights.

Dated: White Plains, New York
        August _____, 2025

                                            _____
                                            United States District Court Judge

SUBMITTED BY:
SOKOLOFF STERN LLP
*Attorneys for Plaintiffs*

By:   */s/ Blair Hendricks*
      Mark A. Radi
      Blair J. Hendricks
      179 Westbury Avenue
      Carle Place, New York 11514
      (516) 334-4500
      File No. 250035LI