UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

D-J CONSTRUCTION CO. INC.,   Docket No. 25-cv-4218
                              (CS)

                Plaintiff,

-against-   **ORDER TO SHOW CAUSE**
            **FOR DEFAULT JUDGMENT**

ECONOCRAFT WORLDWIDE CAR WASH ELECTRIC LLC d/b/a ECONOCRAFT CAR WASH EQUIPMENT INC.,

                Defendant.
------------------------------------------------------------------X

**UPON** the Declaration of Blair J. Hendricks and the attached exhibits and upon all prior pleadings and proceedings, it is hereby:

**ORDERED**, that the above-named defendant show cause before this Court, at Room 621, of the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, While Plains, New York, 10601, on the 25th day of September 2025, at 3:45 p.m., or as soon as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure granting default judgment in favor of Plaintiff.

**IT IS FURTHER ORDERED** that no security should be required of the plaintiff because defendant would incur no additional expenses from the relief requested herein;

**IT IS FURTHER ORDERED** that service of a copy of this Order and the papers upon which it is based shall be served upon the ~~attorney for~~ defendant by mail on or before September 2, 2025, at C/O Secretary of State, 99 Washington Avenue, Albany, NY 12231-0001, which shall be deemed good and sufficient service, and that proof of this service be filed with the Clerk of this Court. *by overnight mail at Defendant's principal place of business, and by email if an email address is available*

1

ORDERED that opposing papers, if any, shall be served by email (and filed with the Court) on Blair J. Hendricks, Sokoloff Stern LLP, attorneys for plaintiff, on or before September 18, 2025 at 12 noon.

Dated: White Plains, New York
August 25, 2025

_____
United States District Court Judge

SUBMITTED BY:
SOKOLOFF STERN LLP
*Attorneys for Plaintiff*

By: _____
Mark A. Radi
Blair J. Hendricks
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
File No. 250035LI